THE PEOPLE, ex rel. EDWARD RORKE et al., Appellants, *v.* THE BOARD OF ASSESSORS OF THE CITY OF BROOKLYN, Respondent.

(Argued November 25, 1884 ; decided December 9, 1884.)

*Jesse Johnson* for appellants.

*John A. Taylor* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed.

---

In the Matter of the Application of the STATEN ISLAND RAPID TRANSIT RAILROAD COMPANY, to acquire title to lands of *Samuel Barton.*

(Argued November 25, 1884 ; decided December 9, 1884.)

*Jesse Johnson* for appellants.

*John S. Davenport* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed.